**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| CONTINENTAL DISC CORPORATION, | ) |
| | ) Case No. 4:19-cv-00245-HFS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILIPS MEDICAL SYSTEMS MR, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS OR, ALTERNATIVELY,
TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK**

Defendant Philips Medical Systems MR, Inc. ("Philips Medical"), by and through the undersigned counsel, moves the Court for its Order dismissing this action or, alternatively, transferring venue to the United States District Court for the Southern District of New York, for the reasons set forth in its concurrently-filed Suggestions in Support, which are incorporated herein.

WHEREFORE, Defendant Philips Medical Systems MR, Inc. moves the Court for its Order dismissing this action or, alternatively, transferring venue to the United States District Court for the Southern District of New York, and for any and all such further relief as the Court deems just and proper.

BAKER STERCHI COWDEN & RICE, LLC

/s/ Angela M. Higgins
Angela M. Higgins     52159MO
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 (fax)
higgins@bscr-law.com
COUNSEL FOR DEFENDANT PHILIPS MEDICAL SYSTEMS MR, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2019, a copy of the foregoing was served by U.S. Mail, postage prepaid, to the following counsel of record:

Darren K. Sharp
ARMSTRONG TEASDALE LLP
2345 Grand Blvd., Suite 1500
Kansas City, Missouri 64108

Toby K. Henderson
Joshua R. Schierloh
SEBALY SHILLITO + DYER
A Legal Professional Association
1900 Kettering Tower
40 North Main Street
Dayton, OH 45423-1013

**ATTORNEYS FOR PLAINTIFF
CONTINENTAL DISC CORPORATION**

/s/ Angela M. Higgins